**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

FILED
RICHARD W. NAGEL
CLERK OF COURT

APR 23 2026 3:46 P

U.S. DISTRICT COURT
EASTERN DISTRICT
OF OHIO-COLUMBUS

| | |
|---|---|
| **UNITED STATES OF AMERICA** | CASE NO. |
| **Plaintiff,** | **JUDGE DAVID L. BUNNING** |
| v. | **INFORMATION** |
| **DWAYNE K. FUNDERBURKE** | 18 U.S.C. § 1361    *2:26-CR-78* |
| **Defendant.** | *Judge Bunning* |

**THE UNITED STATES ATTORNEY CHARGES:**

**COUNT ONE**
(Damaging Federal Property)

On or about September 22, 2025, in the Southern District of Ohio, the defendant, **DWAYNE K. FUNDERBURKE**, willfully injured and committed a depredation against property of the United States and any department or agency thereof by breaking a door and entering the Joseph P. Kinneary United States Courthouse located at 85 Marconi Boulevard in Columbus, Ohio, and the resulting damage exceeded the sum of $1,000.

**In violation of 18 U.S.C. § 1361**

**DOMINICK S. GERACE II**
United States Attorney

**TYLER AAGARD (NC 54735)**
Assistant United States Attorney